IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TENENSSEE
NORTHEASTERN DIVISION

---

EULOGIO AGUILAR AVILA, individually, and as,
Next friend and father of
VICTOR AGUILAR ROSAS, deceased,

    PLAINTIFF,

vs.                                          Docket No:

SAUL A. CARRERA,
NICHOLAS ALCALA, and
ALCALA BROS LOGISTICS, LLC,

    DEFENDANTS.

---

## NOTICE OF REMOVAL

TO:    R. Wayne Culbertson, BPR (#000765)
          Attorney for the Plaintiffs
          119 W. Market Street
          Kingsport, Tennessee 37660
          Phone:(423) 247-6161
          Fax: (423) 247-5072
          rwc@wayneculbertsonlaw.com

        The removing Defendant, Nicholas Alcala, pursuant to 28 U.S.C. §1332, 1441 and 1446, and by and through counsel of record, Glassman, Wyatt, Tuttle & Cox, P.C., hereby files his Notice that this matter has been removed from the Circuit Court of Sullivan County, Tennessee, to the United States District Court for the Eastern District of Tennessee, Northeastern Division, and as basis for said removal would show as follows:

        1.     This matter was originally filed in the Circuit Court of Sullivan County, Tennessee, on the 17th day of April 2023. A copy of the original Complaint and all

Summons filed in the Circuit Court of Sullivan County, Tennessee, is attached to this Notice of Removal as Exhibit "A".

2. According to the Complaint, Plaintiff's decedent, Victor Aguilar Rosas was a resident of Crossville, Alabama at the time of his death on March 26, 2023. Victor Aguilar Rosas is believed to be a citizen of either Mexico or Alabama.

3. Defendant, Nicholas Alcala, is currently, and was at the time the Complaint was filed a resident citizen of Mebank, Van Zandt County, Texas.

4. Defendant, Alcala Bros. Logistics, LLC is presently, and was at the time the Complaint was filed, a Texas LLC, with its principal place of business being in Mebank, Texas. Nicholas Alcala is the sole member of Alcala Bros. Logistics, LLC. While Alcala Bros. Logistics, LLC has ceased operations, surrendered its motor carrier authority, and "gone out of business", Nicholas Alcala, as the sole member of the LLC consents to this removal.

5. On or about May 1, 2023, the Defendants, Nicholas Alcala and Alcala Bros. Logistics, LLC were served with the Summons and Complaint from the Circuit Court of Sullivan County, Tennessee via certified or registered mail.

6. Defendant, Saul Carrera is a resident citizen of New York City, New York.

7. Upon information and belief, the Defendant, Saul Carrerra, was served with the Summons and Complaint on or about May 2, 2023. Mr. Carrera is incarcerated in the Sullivan County Detention Center, as a result of criminal charges arising out of the accident which is the subject of this Complaint. On May 31, 2023, the undersigned Counsel conferred, via telephone with Saul Carrera, and he expressed his consent to the removal of this case,

with Nicholas Alcala also being on the phone during this conversation wherein Mr. Carrera consented to this removal.

8. This action is a civil action for alleged personal injuries as a result of a motor vehicle accident which occurred in Sullivan County, Tennessee, on March 26, 2023.

7. Removal of this action is timely filed and all named Defendants have consented to this removal. *See* 28 U.S.C. § 1446(b)(1) and (2)(A). *See* 28 U.S.C. § 1446(b)(1) and (2)(A).

8. The Complaint sets forth an *ad damnum* of $10 million for compensatory damages, and $10 million for punitive damages. As such, Defendant contends that the amount in controversy, exclusive of interest and costs, exceeds the sum of $75,000.00 pursuant to 28 U.S.C. §1446(c)(2).

9. This Court has original jurisdiction of this action pursuant to 28 U.S.C. §1332(a)(2) and (c) as the lawsuit is between a foreign national and resident citizens or businesses of foreign states, Texas and New York, and as the amount in controversy exceeds the sum of $75,000.00 exclusive of interest and costs.

10. Removing Defendant would further show that venue properly lies with this Court and in this Division pursuant to 28 U.S.C. §1441(a) as this case is being removed from the Circuit Court of Sullivan County, Tennessee.

11. As required by 28 U.S.C. § 1446(d), written notice of the filing of this Notice will be given to all parties and a true and correct copy of this Notice will be filed with the Clerk of Sullivan County, Tennessee, thereby effectuating removal of this action to this Court.

Respectfully submitted,

**/s Carl Wyatt**
CARL K WYATT, #12304
**Glassman, Wyatt, Tuttle & Cox P.C.**
26 North Second Street
Memphis, TN 38103
P: (901) 527-2143
F: (901) 527-5320
cwyatt@gwtclaw.com
*Counsel for Nicholas Alcala*
GWTC File No. 23-096

**CERTIFICATE OF SERVICE**

I hereby certify that on the 31st day of May, 2023, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

A true and correct copy of the foregoing pleading has been properly served via the Court's CM/ECF system, Email and/or United States Mail, postage prepaid upon the following:

R. Wayne Culbertson
Wayne Culbertson Law
119 West Market Street
Kingsport, TN 37660
Phone: 423-247-6161
Fax: 423-247-5072
rwc@wayneculbertsonlaw.com
*Attorney for Plaintiff*

**/s Carl Wyatt**